# EXHIBIT 1



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 8
1595 Wynkoop Street
Denver, CO  80202-1129
Phone 800-227-8917
www.epa.gov/region08

Ref: 8ENF-RC

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**          JAN 26 2016

United Park City Mines Company
c/o Kerry C. Gee
Vice President
P.O. Box 1450
Park City, Utah 84060

Re:   Request for Information Pursuant to Section 104(e) of CERCLA
      Richardson Flat Site, Summit County, Utah, SSID #0894
      Uintah Mining District Site, Summit County, Utah, SSID #A8K3

Dear Mr. Gee:

This letter seeks your cooperation in providing information and documents relating to the Richardson Flat and Uintah Mining District Superfund Sites located in Summit County, Utah. The U.S. Environmental Protection Agency (EPA) is investigating the identification, nature, and quantity of materials that have been generated, treated, stored or disposed of at, or transported to, the sites; the nature or extent of the release of a hazardous substance, pollutant or contaminant at the sites; and information relating to the ability of persons to pay for or to perform a cleanup at the sites.

Pursuant to the authority of section 104 of the Comprehensive, Environmental Response, Compensation, and Liability Act (CERCLA), 42 U.S.C. § 9604, as amended, United Park City Mines Company is hereby requested to respond to the Information Request set forth in Enclosure 1, attached hereto.

Please respond to the Information Request within 30 days. Failure to respond fully and truthfully, or to adequately justify your failure to respond, can result in an enforcement action by the EPA, pursuant to section 104(e) of CERCLA and the imposition of penalties of up to $37,500 per day of non-compliance. Please be further advised that provision of false, fictitious, or fraudulent statements or representations may subject you to criminal penalties under 18 U.S.C. § 1001.

The Information Request is not subject to the approval requirements of the Paperwork Reduction Act of 1980, 44 U.S.C. § 3501, *et seq.*

Your response to this request must be accompanied by a notarized certificate that is signed and dated by the person who is authorized by you to respond to this request. The notarized certificate must state that the response submitted to EPA is complete and contains all documents and information responsive to this request that are known to you following a complete and thorough review of all information and

1

sources available to you. A suggested format for the notarized certificate is included with this request as Enclosure 2.

The response to the Information Request should be mailed to:

> U.S. Environmental Protection Agency
> Region 8
> Attn: Scott Wilder (8ENF-RC)
> 1595 Wynkoop Street
> Denver, CO 80202-1129

The EPA strongly encourages you to give this matter your immediate attention and respond to the Information Request within the time specified above. If you have any questions relating to this Information Request, please contact Amelia Piggott, EPA Enforcement Attorney, at (303) 312-6410 or Scott Wilder, EPA Enforcement Specialist, at (206) 553-6693. Thank you for your cooperation in this matter.

Sincerely,

Kelcey Land
Director, Technical Enforcement Program
Office of Enforcement, Compliance
  and Environmental Justice

Andrea Madigan
Supervisory Attorney
Legal Enforcement Program
Office of Enforcement, Compliance
  and Environmental Justice

Enclosures

cc:   Kevin Murray, Counsel for UPCM
     Amelia Piggott, 8ENF-L
     Kathryn Cerise, 8EPR-SR
     Marty McComb, 8EPR-ER
     Scott Wilder, 8ENF-RC
     CERCLIS IMC (Dianna Lim), 8EPR-PS

UPCM001944

ENCLOSURE 1

# INSTRUCTIONS
### Information Request to United Park City Mines Company
### Richardson Flat (SSID 0894) and Uintah Mining District (SSID A8K3) Sites
### Summit County, Utah

1. Please provide a separate narrative response to each and every Question and subpart of a Question set forth in this Information Request.

2. Precede each answer with the number of the Question to which it corresponds.

3. If information or documents not known or not available to you as of the date of submission of a response to this Information Request should later become known or available to you, you must supplement your response to EPA. Moreover, should you find, at any time after the submission of your response, that any portion of the submitted information is false or misrepresents the truth, you must notify EPA of this fact as soon as possible and provide EPA with a corrected response.

4. For each document produced in response to this Information Request indicate on the document, or in some other reasonable manner, the number of the Question to which it corresponds.

5. The information requested herein must be provided even though the Respondent may contend that it includes possibly confidential information or trade secrets. You may, if you desire, assert a confidentiality claim covering part or all of the information requested, pursuant to sections 104(e)(7)(E) and (F) of CERCLA, 42 U.S.C. 9604(e)(7)(E) and F, section 3007(b) of RCRA, 42 U.S.C. 6927(b), and 40 C.F.R. 2.203(b), by attaching to such information at the time it is submitted, a cover sheet, stamped or typed legend, or other suitable form of notice employing language such as "trade secret," or "proprietary" or "company confidential." Information covered by such a claim will be disclosed by EPA only to the extent, and only by means of the procedures set forth in 40 C.F.R. Part 2, 41 Fed. Reg. 36,902 (1976) (amended at 43 Fed. Reg. 40,000 (1978), and 50 Fed. Reg. 51,661 (1985)). If no such claim accompanies the information when it is received by EPA, it may be made available to the public by EPA without further notice to you. You should read the above cited regulations carefully before asserting a business confidentially claim, since certain categories of information are not properly the subject of such a claim.

DEFINITIONS AND INFORMATION
Information Request to United Park City Mines Company
Richardson Flat (SSID 0894) and Uintah Mining District (SSID A8K3) Sites
Summit County, Utah

The following definitions shall apply to the following words as they appear in this Enclosure:

1. The term "arrangement" means every separate contract or other agreement between two or more persons.

2. The term "CERCLA" means the Comprehensive Environmental Response, Compensation and Liability Act, and can be found at 42 U.S.C. section 9601, et seq.

3. The terms "document" and "documents" shall mean any written, recorded or visually or aurally reproduced material of any kind in any medium in your possession, custody, or control or known by you to exist, including originals, all prior drafts and all non-identical copies.

4. The term "identify" means, with respect to a corporation, partnership, business trust or other association or business entity (including a sole proprietorship), to set forth its full name, address, legal form (e.g., corporation, partnership, etc.), organization, if any, and a brief description of its business.

7. The term "identify" means, with respect to a document, to provide its customary business description, its date, its number if any (invoice or purchase order number), and the substance or the subject matter.

8. The term "identify" means, with respect to a natural person, to set forth the person's name, present or last known business address and business telephone number, present or last known home address and home telephone number, and present or last known job title, position or business.

9. The term "Richardson Flat Site" means operable units 1, 2 and 3 of the Richardson Flat Site, located in Summit County Utah, and as described in the Administrative Settlement Agreement and Order on Consent for EE/CA Investigation and Removal Action, CERCLA Docket No. CERCLA-08-2014-0003.

10. The term "Uintah Mining District Site" means the Uintah Mining District Site as described in the EPA Action Memorandum dated September 10, 2015.

11. The term "Talisker" means Talisker Finance LLC.

12. The term "Talisker Affiliate" means all entities affiliated with Talisker Finance LLC, including Tuhaye LLC, Tuhaye Golf, LLC, Empire Pass Club LLC, Talisker Land Holdings, LLC, and any other entity that is related to Talisker Finance LLC by virtue of shared management or ownership.

13. The term "UPCM", you" or "Respondent" shall mean the United Park City Mines Company.

2

All terms not defined herein shall have their ordinary meaning, unless such terms are defined in CERCLA, 42 U.S.C. § 9601, et seq.; RCRA, 42 U.S.C. § 6901, et seq.; or their regulations found at 40 C.F.R. Part 300 and 40 C.F.R. Part 260, et seq. respectively, in which case the statutory or regulatory definitions shall apply.

UPCM001947

## QUESTIONS Information Request to United Park City Mines Company
## Richardson Flat (SSID 0894) and Uintah Mining District (SSID A8K3) Sites
## Summit County, Utah

1. Identify the person(s) answering these questions by providing their name, address, and telephone number.

2. Identify the person(s) whom you wish to receive all further communications from the EPA related to this Information Request.

3. For each and every question contained herein, identify all persons consulted in the preparation of the answer.

4. For each and every question contained herein, identify documents consulted, examined, or referred to in the preparation of the answer or that contains information responsive to the question and provide accurate copies of all such documents.

5. Provide complete copies of UPCM's federal tax returns as submitted to the U.S. Internal Revenue Service with all attachments and schedules for the past five years. If UPCM's federal tax filing was included in a consolidated tax return, provide complete copies of the consolidated federal tax returns as submitted the U.S. Internal Revenue Service with all attachments and scheduled for the past five years. Include copies of accounting work papers, audit work papers, tax accrual work papers, and tax reconciliation work papers.

6. Describe the corporate history of UPCM. Provide copies of all documents relating to the acquisition of UPCM by Talisker including without limitation all contracts, agreements, assignments, deeds, bills of sale, corporate resolutions, and meeting minutes of UPCM's and Talisker's board of directors, executive committee, finance committee, management committee and all other committees or management meetings.

7. From the date Talisker acquired an ownership interest in UPCM to the present, identify all transfers of any asset or liability between UPCM and Talisker or UPCM and any Talisker Affiliate including the date and purpose of each such transfer and a description of the asset and/or liability involved. Provide copies of all documents regarding such assignments or transfers

8. Provide copies of all the following financial documents produced, generated, or otherwise prepared by or on behalf of UPCM for the past five years.

    a. Any certified and uncertified financial statements;
    b. Any auditor statements contained in any monthly, quarterly or annual report prepared in the normal course of business;
    c. Any financial information provided to officers, directors or shareholders of UPCM in

4

    the normal course of business;

  d. Any financial information provided to UPCM in the normal course of business;

  e. Any financial information from UPCM provided to Talisker or Talisker Affiliate in the normal course of business; and

  f. Any balance sheets or income statements.

9. If not otherwise provided in detail in the documents produced in response to Question 8 above, identify all current assets of UPCM.

10. If not otherwise provided in detail in the documents produced in response to Question 8 above, list all current liabilities of UPCM.

11. Provide copies of all documents regarding the assumption of the liabilities, either express or implied, of UPCM.

12. Provide copies of all documents relating to the transfer of any real property in which UPCM owned or held a property interest within the past five years including, without limitation, all contracts, agreements, assignments, certificates of merger, deeds, bills of sale, settlement sheets, title insurance, corporate resolutions, and meeting minutes of UPCM's board of directors, executive committee, finance committee, management committee and all other committees or management meetings.

13. Provide copies of all documents relating to any Arrangements between UPCM and Wells Fargo Bank.

14. Please provide copies of all casualty, liability and/or pollution insurance policies issued to UPCM including but not limited to comprehensive general liability, primary, umbrella and excess policies, as well as any environmental impairment liability or pollution legal liability insurance.

15. If there are any casualty, liability and/or pollution insurance policies issued to UPCM of which you have any evidence, or are aware, but have no copies, identify each such policy to the best of your ability by identifying:

  a. The name and address of each insurer and of the insured;

  b. The type of policy and policy numbers;

  c. The per occurrence or per accident policy limits of each policy; and

  d. The commencement and expiration dates of such policy.

16. To the extent not identified in Questions 14 or 15 above, provide all other evidence of casualty, liability and/or pollution insurance issued to UPCM.

UPCM001949

17.  Identify all settlements by UPCM which relate in any way to environmental liabilities and/or to casualty, liability and/or pollution insurance coverage, including:

    a.  The date of the settlement;

    b.  The scope of release provided under such settlement;

    c.  The amount of money paid and to whom pursuant to such settlement.

18.  Provide copies of all settlement agreements identified in response to Question 17.

19.  Identify any Arrangements relating to the Richardson Flat Site between UPCM and Talisker or Talisker Affiliate, including without limitation all contracts, agreements, settlements, understandings, loans, promissory notes, and security instruments. Provide copies of all documents relating to or evidencing such arrangements.

20.  Identify any Arrangements relating to the Uintah Mining District Site between UPCM and Talisker or Talisker Affiliate, including without limitation all contracts, agreements, settlements, understanding, loans, promissory notes, and security instruments. Provide copies of all documents relating to or evidencing such arrangements.

UPCM001950

ENCLOSURE 2

## NOTARIZED CERTIFICATE

I, _____, having been duly sworn and being of legal age, hereby state:

1. I am the person authorized by the United Park City Mines Company to respond to the Environmental Protection Agency's (EPA's) request for information concerning the Richardson Flat and Uintah Mining District Superfund Site located in Summit County, Utah.

2. I have made a complete and thorough review of all documents, information, and sources relevant to the request.

3. I hereby certify that the attached response to EPA's request is complete and contains all information and documents responsive to the request.

_____
(Signature)

_____
(Name)

_____
(Title)

(SEAL)

Subscribed and sworn to me this_____ day of_____, 2016.
Notary Public

My Commission Expires_____

My address is_____

_____

*Printed on Recycled Paper*

UPCM001951