IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED PARK CITY MINES COMPANY and TALISKER FINANCE LLC,<br><br>*Defendants*. | Case No. 2:17-CV-00482-TC<br><br>**ORDER GRANTING UNITED STATES' MOTION TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE UNREASONABLENESS OF DEFENDANTS' NONCOMPLIANCE WITH EPA'S REQUESTS FOR INFORMATION (ECF No. 98) UNDER SEAL** |

This matter is before the Court on Plaintiff United States' Motion to File Reply in Support of Motion for Partial Summary Judgment on the Unreasonableness of Defendants' Noncompliance with EPA's Requests for Information under Seal.  Having reviewed the motion and for good cause shown, it is hereby ORDERED that the Motion (ECF No. 98) and Exhibit 39 shall be filed under seal pursuant to DUCivR 5-3(b).

SO ORDERED.

DATED this 6th day of October, 2021.

BY THE COURT:

*/s/ Tena Campbell*
The Honorable Tena Campbell
United States District Judge